FRANCES THOMPSON, Respondent, *v.* BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, Impleaded with Another.

(Argued May 2, 1935; decided May 22, 1935.)

*Harold L. Warner* and *George D. Yeomans* for appellant. *Andrew F. Van Thun, Jr.,* and *Maurice C. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.